AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Jose C. Torres<br>*Defendant(s)* | ) ) ) ) ) ) ) Case No.  17-mj-6066-MPK |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with intent to distribute and distribution of heroin and cocaine |

This criminal complaint is based on these facts:

Please see attached affidavit of DEA Task Force Officer Joseph Connors

☑ Continued on the attached sheet.

*Complainant's signature*

Joseph Connors, DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 29, 2017

*Judge's signature*

City and state:  Boston, Massachusetts          M. Page Kelley, United States Magistrate Judge
*Printed name and title*